AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

HICKORY WESLEY McCOY

    Petitioner

v.

UNITED STATES OF AMERICA

    Respondent

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-647 TS

IT IS ORDERED AND ADJUDGED

that this action is dismissed without prejudice for lack of jurisdiction.

November 8, 2021
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge